■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN W. MILES, Appellant. [48 NYS3d 919]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.),

rendered December 22, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Whalen, P.J., Smith, Centra, Curran and Scudder, JJ.